**Dismissed and Memorandum Opinion filed February 28, 2013.**



In The

## Fourteenth Court of Appeals

---

### NO. 14-12-01093-CV

---

**ANGEL ADAMS, Appellant**

**V.**

**BRUCE DOAN, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1023716**

---

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this appeal is from a judgment signed December 5, 2012. The record was due February 4, 2013, but it has not been filed. The clerk responsible for preparing the record informed the court appellant did not make arrangements to pay for the record.

On February 7, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record or filed any response to this court's notice.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.